proceedings in light of *DiProspero v. Penn,* 183 *N.J.* 477, 874 *A.*2d 1039 (2005).

878 A.2d 846

MAUREEN LARSON AND GLENN LARSON, PLAINTIFFS–PETITIONERS, v. ALBA G. FRISSEL AND PEDRO P. VERGARA, DEFENDANTS–RESPONDENTS.

July 11, 2005.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the trial court for further proceedings in light of *DiProspero v. Penn,* 183 *N.J.* 477, 874 *A.*2d 1039 (2005).

878 A.2d 846

CHUCH BEHM, PLAINTIFF–PETITIONER, v. RISA ROSENBERG, DEFENDANT–RESPONDENT.

July 11, 2005.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the trial court for further proceedings in light of *DiProspero v. Penn,* 183 *N.J.* 477, 874 *A.*2d 1039 (2005).